IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PROGRESSIVE SPECIALTY :
INSURANCE COMPANY,
:
    Petitioner,
:
vs.                                             CA 14-00320-KD-C
:
BOBBY SMITH and SHELIA SMITH,
:
    Respondents.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 21, 2014 is **ADOPTED** as the opinion of this Court. Progressive 's Specialty Insurance Company's Rule 12(b)(1) motion to dismiss counterclaim (Doc. 18) is **DENIED**.

    **DONE** this 17th day of December 2014.

                                                     s/ Kristi K. DuBose
                                                     KRISTI K. DuBOSE
                                                     UNITED STATES DISTRICT JUDGE